EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 470-2010-01116 |

**Indiana Civil Rights Commission** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Emily S. Kysel** | **(219) 210-1418** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **4936 Evanston Avenue, Indianapolis, IN 46205** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CITY OF INDIANAPOLIS** | **500 or More** | **(317) 327-8700** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Department Of Code Enforcement, 1200 S. Madison Avenue, Indianapolis, IN 46225** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (*Specify below.*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-25-2010**   Latest **01-25-2010**

☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s):*)

I am employed by the City of Indianapolis, Department of Code Enforcement, as a Project Development Analyst. As an accommodation for my disability, it is necessary that I be accompanied by a service dog. On January 25, 2010, the City of Indianapolis, Department of Code Enforcement, informed me that my service dog can no longer accompany me at work. I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act.

EEOC Indianapolis
District Office

JAN 27 2010

RECEIVED

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Jan 27, 2010**   Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |