IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMILY S. KYSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:12-cv-0492-JMS-TAB |
| ) | |
| CITY OF INDIANAPOLIS, DEPARTMENT ) | |
| OF CODE ENFORCEMENT, an executive ) | |
| department of the city of Indianapolis, CITY ) | |
| OF INDIANAPOLIS, ) | |
| ) | |
| Defendants. ) | |

## Order on Dismissal

This matter having come before the Court on the parties' Joint Stipulation of Dismissal, and the Court being duly advised in the premises, finds that the dismissal should be GRANTED.

WHEREFORE, IT IS ORDERED that this cause of action and all claims against Defendants, the City of Indianapolis and Department of Code Enforcement are hereby dismissed with prejudice.

Date: 04/12/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.